**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01822-LTB-BNB

TAF, LLC,

       Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,
SCIL, INC., and
SIMSOL INSURANCE SERVICES, INC.,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Plaintiff's Unopposed Motion for Leave to File Amend Complaint (Doc 10 - filed October 25, 2006) and Corrected Unopposed Motion for Leave to File Amend Complaint (Doc 11 - filed October 25, 2006) are **GRANTED.**

Dated:  October 26, 2006
_____