**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01822-LTB-BNB

TAF, LLC,

       Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,
SCIL, INC., and
SIMSOL INSURANCE SERVICES, INC.,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

       Defendant Hartford Fire Insurance Company's Motion for Leave to File Memorandum Regarding Defendant Simsol Insurance Services, Inc.'s Motion to Dismiss (Doc 20 - filed December 8, 2006) is **GRANTED.**

Dated:  December 11, 2006
_____