**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01822-LTB-BNB

TAF, LLC,

      Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,
SCIL, INC., and
SIMSOL INSURANCE SERVICES, INC.,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Pursuant to the Order issued by this Court on February 23, 2007, Defendant's Motion for Leave to File New Authority (Doc 44 - filed February 15, 2007) is DENIED AS MOOT.

Dated: March 29, 2007
_____