IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

      Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY;
SCIL, INC.; and
SIMSOL INSURANCE SERVICES, INC.,

      Defendants
_____

## ORDER
_____

THIS MATTER coming before the Court upon Plaintiff TAF, LLC and Defendant SCIL, Inc.'s Stipulation for Dismissal With Prejudice of Defendant SCIL, Inc. (Doc 70 - filed May 10, 2007), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that all of Plaintiff TAF, LLC's claims against Defendant SCIL, Inc. are hereby DISMISSED WITH PREJUDICE, each of the above parties to pay their own fees and costs.  This Order will have no effect on Plaintiff's claims against Defendants Hartford Fire Insurance Company and SIMSOL Insurance Services, Inc.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Chief Judge

DATED: May 11, 2007