IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Reconvene Settlement Conference** [docket no. 75, filed May 23, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. A settlement conference will not be scheduling at this time, but on or before **June 8, 2007**, counsel for each party shall submit a brief Confidential Settlement Statement by e-mail in PDF format addressed to Boland_Chambers@cod.uscourts.gov. outlining the facts and issues involved in the case and the possibilities for settlement. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** The Confidential Settlement Statement should **not** be filed with the Clerk of the Court and need not be supplied to opposing counsel.

DATED: May 25, 2007