IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Defendant Hartford Fire Insurance Company's Motion for Enlargement of Time to File Defendant's Fed. R. Civ. P. Expert Disclosures** [Doc. # 73, filed 5/22/2007] (the "Motion for Enlargement");

(2)     **Defendant Hartford Fire Insurance Company's Request for a Supplemental Fed. R. Civ. P. 34 Inspection of Premises** [Doc. # 78, filed 5/24/2007] (the "Motion for Inspection");

(3)     **Stipulation Regarding Defendant Hartford Fire Insurance Company's Request for a Supplemental Fed. R. Civ. P. 34 Inspection of Premises and Defendant Hartford Fire Insurance Company's Motion for Enlargement of Time to File Defendant's Fed. R. Civ. P. 26(a)(2) Expert Disclosures** [Doc. # 85, filed 6/8/2007] (the "Stipulation"); and

(4)     **Defendant Hartford Fire Insurance Company's Supplement to Defendant's Motion for Enlargement of Time to File Defendant's Fed. R. Civ. P. 26(a)(2) Expert Disclosures** [Doc. # 86, filed 6/8/2007] (the "Supplement").

I am informed that the Stipulation resolves the disputes between the parties.  Accordingly,

IT IS ORDERED that the Motion for Enlargement and the Motion for Inspection are DENIED as moot.

IT IS FURTHER ORDERED that the Stipulation is ACCEPTED; that the defendant may conduct a supplemental Rule 34 inspection as specified in the Stipulation; that following the supplemental inspection, George Merlo may supplement his expert report on or before **June 27, 2007**; and that the plaintiff may have to and including **July 17, 2007**, to disclose a rebuttal expert to Mr Merlo's supplemental expert report.

IT IS FURTHER ORDERED that the hearing set for **June 21, 2007, at 1:30 p.m.**, is VACATED.

Dated June 11, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge