IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant Hartford Fire Insurance Company's Request for Oral Argument on Plaintiff's Motion to Reconvene Settlement Conference** [docket no. 82, filed May 25, 2007] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  June 13, 2007