IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendant Hartford Fire Insurance Company's Motion to Compel** [Doc.# 93, filed 8/31/2007] (the "Motion to Compel"); and

(2) Plaintiff's **Motion for Protective Order** [Doc.# 116, filed 9/26/2007] (the "Motion for Protective Order").

The Motion for Protective Order is the mirror image of the Motion to Compel. Consequently, I held a hearing on the motions together this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require Rebecca Fowler and Peter Fowler to answer questions in their depositions concerning the actual costs of repair to the property at 3690 North Academy Boulevard; to require the plaintiff to produce all documents responsive to Requests for

Production No. 7 and 8; and to require the plaintiff to answer Interrogatory No. 19;

DENIED with respect to Request for Production No. 25; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion for Protective Order is GRANTED IN PART and DENIED IN PART consistent with the rulings on the Motion to Compel.

IT IS FURTHER ORDERED that the plaintiff shall make supplemental responses to the defendant's written discovery requests consistent with this order on or before **October 19, 2007**.

IT IS FURTHER ORDERED that the depositions of Rebecca Fowler and Peter Fowler may be reopened to allow inquiry concerning the actual costs of repair to the property at 3690 North Academy Boulevard.  The reopened depositions shall occur at a date, time, and place as the parties and witnesses may agree provided they are completed on or before **October 31, 2007**.

IT IS FURTHER ORDERED that the motion hearing set for October 22, 2007, at 10:00 a.m., concerning the Motion for Protective Order is VACATED.

Dated October 9, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge