IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that a supplemental final pretrial conference is set for **November 30, 2007, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a revised proposed final pretrial order modified consistent with our discussion this morning and shall submit it to the court on or before **November 23, 2007**.

Dated October 25, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge