**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-01822-LTB-BNB

TAF, LLC,

       Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Defendant's Unopposed Request for Oral Argument on All Pending Motions (Doc 138 - filed November 2, 2007) is GRANTED.

       Please be advised that a hearing on all pending motions is set **Tuesday, February 12, 2008 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: November 5, 2007
_____