IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01822-LTB-BNB

TAF, LLC,

Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a supplemental final pretrial conference. The revised final pretrial order was refused for reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that the parties shall prepare a second revised proposed final pretrial order modified consistent with our discussion this morning and shall submit it to the court on or before **December 7, 2007**.

IT IS FURTHER ORDERED that a settlement conference is set for **February 20, 2008, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present in person.) Each party shall submit a confidential settlement statement directly to my chambers on or before **February 13, 2007**, outlining the facts and issues

of the case and containing a specific offer of compromise including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated November 30, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge