IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Gwen Daniel | Date: February 26, 2008 |

_____

| | |
|---|---|
| Civil Case No. 06-cv-01822-LTB-BNB | Counsel: |
| TAF, LLC, | John S. Pfeiffer |
| Plaintiff, | |
| v. | |
| HARTFORD FIRE INSURANCE COMPANY, | Carla Albers<br>Gerald Nielsen |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTIONS

**2:01 p.m.    Court in session.**

Also present: Tiffany Noelle.

Argument.

**ORDERED:** Plaintiff's Motion for Summary Judgment **(90)** is **taken under advisement.**

**ORDERED:** Defendant Hartford Fire Insurance Company's Motion for Summary Judgment as to Plaintiff's Claims Alleging Negligence and Negligent Misrepresentation **(94)** is **taken under advisement.**

**ORDERED:** Defendant Hartford Fire Insurance Company's Motion for Summary Judgment as to Plaintiff's Breach of Contract Claim **(96)** is **taken under advisement.**

1

**ORDERED:** Defendant Hartford Fire Insurance Company's Motion for Clarification or in the Alternative, Motion to Dismiss TAF's Claims for Bad Faith and Exemplary Damages **(98)** is **taken under advisement.**

**2:50 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 00:49